IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:08 CR 12-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MICHAEL WAYNE WALKINGSTICK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS CAUSE** coming on before the court, pursuant to a motion filed by the government entitled "Motion to Continue Sentencing" (#58) and it appearing to the undersigned that good cause has been shown for the granting of said motion.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Continue Sentencing (#58) is hereby **GRANTED a**nd that sentencing in this matter is continued until the week of June 23, 2008.

Signed: June 27, 2008

Dennis L. Howell
United States Magistrate Judge